IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TONGXIANG ZHANG, A# 241-304-239                                  PETITIONER

V.                                          CIVIL ACTION NO. 5:26-cv-477-DCB-RPM


WARDEN RAFAEL VERGARA                                            RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Tongxiang Zhang's (Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi.  After initial review of Petitioner's filings, the Court finds that the Respondent shall respond to the Petition.

**IT IS THEREFORE ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order.  Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.   If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] filed herein, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C.

---

[1] Petitioner paid the filing fee.

20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 5th day of June, 2026.

s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2